ATTORNEY GRIEVANCE COMMISSION *   IN THE COURT OF APPEALS
OF MARYLAND                          *   OF MARYLAND

                                     *

                                     *   Misc. Docket AG
                                     *   No. 19
                                   *   September Term, 2014

                                   *
v.                                    *   IN THE CIRCUIT COURT FOR
SEAN A. VARNADO                 *   PRINCE GEORGE'S COUNTY
                                   *   Case No. CAE14-17139

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition for Indefinite Suspension By Consent of the Attorney Grievance Commission of Maryland and the Respondent, Sean A. Varnado, Esq., in which Petitioner and Respondent agreed that Respondent violated Rules 1.15(b), and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct as well as Maryland Rules 16-607 and 16-609, (no client trust funds were involved in the misconduct underlying these violations), it is this 1st day of December, 2014

**ORDERED**, that Respondent be, and hereby is Indefinitely Suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Respondent shall not apply for reinstatement of his right to practice law earlier than ninety (90) days from the commencement of the suspension; and it is further

**ORDERED**, that, the Clerk of this Court shall remove the name of Sean A. Varnado from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge